IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | No. CIV-21-995-C |
| ADINA M. BAKER, | ) ) ) | |
| Defendant | ) | |

ORDER

On October 11, 2021, Plaintiff Progressive Northern Insurance Company filed a complaint against Defendant Adina M. Baker. On October 31, 2021, Defendant executed a Waiver of the Service of Summons, Dkt. No. 6, filed November 15, 2021. To date, no answer or other responsive pleading has been filed on behalf of the Defendant. Despite the Defendant's failure to appear, plead, or otherwise respond, the Plaintiff has not attempted to resolve this dispute by moving the Court to enter judgment by default against the Defendant or by formally notifying the Court that judgment by default is inappropriate and that additional time is needed in order to resolve the matter. Therefore, Plaintiff is directed to file a pleading by March 18, 2022, in which good cause is shown for such failure. In the absence of such a showing, Plaintiff's Complaint will be dismissed without prejudice.

**IT IS SO ORDERED** this 2nd day of March, 2022.

ROBIN J. CAUTHRON
United States District Judge