UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.: 21-CV-995-C |
| v. | )<br>) |
| ADINA M. BAKER, | )<br>) |
| Defendant. | ) |

## ORDER

Now before the Court is the parties Joint Motion for Stay of Proceedings and Brief in Support (Dkt. No. 15) filed through counsel for Plaintiff Progressive Northern Insurance Company and signed, with permission, on behalf of counsel for Defendant Adina M. Baker, requesting that this matter be stayed pending the Oklahoma Supreme Court's decision in *Coates v. Progressive Direct Insurance Company*, Sup. Ct. Case No. 119,571.

For the reasons contained therein, the parties' Joint Motion for Stay of Proceedings Dkt. No. 15 is **GRANTED**. All proceedings in this matter are to be stayed pending a decision from the Oklahoma Supreme Court in *Coates v. Progressive Direct Insurance Company*, Sup. Ct. Case No. 119,571. Counsel shall advise the court within 5 business days of the Oklahoma Supreme Court's ruling in the *Coates* appeal. The scheduling conference set on April 5, 2022, is stricken.

**IT IS SO ORDERED** this 17th of March, 2022.

_____
ROBIN J. CAUTHRON
United States District Judge